P. O. Box 5235
Hilo, HI 96720

November 19, 2005

The Honorable Judge Helen Gillmor
United States District Court
300 Ala Moana Blvd. Room C338
Honolulu, HI 96850

Dear Judge Gillmor:

### RE: CASE NO. 04-00197/DAVID LANG AKANA

My name is Bernadette Sabado, and I have known David Lang Akana since 1981 when we worked for the same employer in Kona. David and I have been in a relationship and have two biological children together, and I also have another child who only knows David as his father (hanai).

Whatever mistakes and bad choices David has made in the past, one thing that holds true about him is that he has a good heart. He was often called upon by his elderly relatives because they knew that they could depend on him for assistance. He has helped his elderly aunts do yard work, painting, and general maintenance around their homes. He often went fishing and diving for his aunts because they no longer could do it for themselves. My own elderly father was always happy to see him. While David preferred to "live off the land" and fish and plant vegetables for food, I have known him to welcome strangers into his kitchen to share what little he had for a meal. I believe that this is aloha in its true sense of the word.

One of our children, a son who is 13, is presently facing his own court proceedings in family court. Matthew is diagnosed with ADHD and has had learning difficulties and behavior problems in school and at home. Although I have been the custodial parent, Matthew has always felt closer to his father and as such he has had trouble coping with his father's incarceration. He experiences depression and his behavior problems have worsened. Matthew is currently in treatment at Queens Medical Center.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 5 2006

at 9 o'clock and 50 min. A M
SUE BEITIA, CLERK

November 19, 2005
Judge Helen Gillmor

I consider myself to be a good parent, and I try to support all of my children in whatever way that I can. I love Matthew, but one thing I cannot be is a father figure to him. This is why I beg the court to impose a lenient sentence on Mr. Akana. Matthew is at the age when a boy needs his father. I fear that our son may head down the wrong path in life. Matthew loves his father dearly. If David can be a part of our son's life and help him learn from his mistakes, wouldn't it be worth it if David can save even this one child from a destructive future?

I thank you for your time and consideration.

Respectfully yours,

Bernadette Sabado