P. O. Box 5235
Hilo, HI 96720

November 9, 2005

CR 04-00197

Mr. Mark R. Zenger, Esq.
Richards & Zenger, a Law Corporation
P. O. Box 3966
Lihue, HI 96766

Dear Mr. Zenger:

RE:  DAVID LANG AKANA

My name is Bernadette Sabado. You represented David Lang Akana in Federal Court. I am writing for your assistance. Before David was incarcerated, he was my "significant other" and we have children together. He says that he will be sentenced in February, but in the meantime you are working on an appeal for him. One of our children, our son Matthew who is 13, is currently being treated for depression and aggressive behavior at the Family Treatment Center of Queens Medical Center. Matthew has not been coping very well since David has been incarcerated and in fact I am awaiting family court proceedings for him. In any event, since Matthew has been going "downhill" since his father has been at FDC, I would like to write a letter to the judge to beg for leniency. I would like to have David be around for Matthew and help me care for him. Do you think that a letter would help? I also needed to confirm the judge's name and the case number and any suggestions in what to write. Can I send the letter to you to forward to the court?

Anyway, I would appreciate your feedback. If you have any questions, you may contact me at 987-5518.

Thank you,

Bernadette L. Sabado

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 15 2006

at 9 o'clock and 50 min. A M  
SUE BEITIA, CLERK