MILDRED KALANI MEYER
1064 Kalanianaole Street
Hilo, Hawaii 96720

December 10, 2005

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 5 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Re: David Akana case # 04-00197 HG

Dear Judge Gilmore,

My name is Mildred Meyer and I am a cousin of David Akana. I moved to Hilo, Hawaii in the year 2003. I lived in Las Vegas, Nevada from 1979 thru March 2003.

David and I were brought up together in Palolo Valley on Oahu. My father and David's father were brothers. We lived next door to each other.

I don't know too much about this case but I know my cousin. Whatever he did I know that he punishes himself on a daily basis. He made a terrible mistake and knows that he has to pay for it.

I ask you, Judge Gilmore to show compassion on this man and I will try to explain why.

David is loved by all his family members and all others that he has been in contact with. All he does is give. He does not know how to say "no". You ask him to help you clean your yard, paint your house, fix your roof, or any other task and his answer is always "yes" I will help you.

I personally miss him because I want to learn about this land and all that was lost to us because our parents were too afraid to teach us. David knows this Island, where certain plants, trees, fish are located. Our parents were so afraid to teach us anything Hawaiian and we lost our culture when we were growing up. David lives off the land and I am so proud of him. He has so much to teach all of us. I miss him. I want him to teach me so many things that I have lost.

I am selfish, and I hope many other Hawaiians are selfish, we want to learn more about our culture that we have lost. Thank you David for always being there for us and we love you.

I ask you Judge Gilmore to show compassion on my cousin David Akana and God Bless You.

*Mildred Kalani Meyer*

*Mildred Kalani Meyer*