DAVID L. AKANA
CASE # 04-00197 H.G.
USA v. David Lang Akana

DEAR JUDGE GILMORE,

I am writing you this letter to try to help my uncle David Akana.

He's my moms brother, but while we were growing up he was more of a father to me.

He taught us alot like how to take care of ourselves. He would take all the kids, fishing in the rivers, go diving in the ocean, at nite we would pick opihi & kupee.

We would get enough to feed everyone. And he would teach us the right way to hunt these things. Don't take mamas (pregnant ones) and babys just pick the medium size so anytime we needed always had. Now days everybody just pick everything for money. But what they don't realize is that before they know it not going have any fish crab, opihi left.

My grandma and all the elders love when David went in the ocean because they knew they would get some. To this day people ask for him because they to old to get there own.

He's always been a provider for all of us. He has many children. They count on him for his willingness to do what other people don't want to. And he's positive energy. He would make friend where ever we would go.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 1 5 2006
at  9  o'clock and  50  min. a  PM
SUE BEITIA, CLERK

My uncle is a simple man, he traveled with a bag of clothes, blanket, latern, spear & fins and he drove a broke truck but we would get where we had to. We would do all kinds of jobs from painting houses, breaking down houses to rebuild for people who needed shelter. We would clean beachs all over the island and plany trees coconut, banana, veg, taro, sweet potatoes all kinds. And most of the people we helped were older ladies and familys that needed just a little help! We cleared land that had trees under all the mess.

Then we have the coffee farm Its his love he felt free there, he raised flowers potea and orange ones last year we gave to the hospitals so everybody could enjoy. Everyone loved it.

The most recent work we did was clearing a graveyard in Pahala, the elders only could get out and put flowers but they were afraid cause to much bushes so we cleared all the rubbish and weeds broken cars. Today the elders have a big picnic table to eat, visit there family and he planted taro sweet potatoes and veg and already had bananas and mango trees so everybody could have some when they came.

Where ever we went family and friends would bring my uncle goodies

AND MEAT, BAKED GOODS, FISH.

WE ENJOYED THE COMPANY AND THE GOOD MANA (goodness) WE WOULD ALWAYS GET FROM MY UNCLE.

ANYTIME ANYONE HAD PROBLEMS HE WOULD TALK TO US AND TRY TO HELP US HE ALWAYS SAID SHIT HAPPENS FOR A REASON, GOOD OR BAD THATS LIFE DEAL WITH IT! AND TRY YOUR BEST TO CARRY ON.

THERES NOT ENOUGH PAPER IN THE WORLD TO EXPLAIN OR SHOW YOU. THAT HE IS NEEDED. SO I HOPE THIS LETTER HELPS YOU TO KNOW MY UNCLE

PLEASE LET HIM HAVE ANOTHER CHANCE, PLEASE I CONCIDER MY UNCLE MY ELDER OR KUPUNA. AND IN MY FAMILY. I'VE BEEN THE ONE IN THE FAMILY TO TAKE OF THEM.

MAHALO
FOR YOUR TIME
MALAMA PONO (TAKE CARE)
Carolyn Kehaulani Montz

P.S. Sorry about THE SPELLING