November 13, 2005

\# 04-00197 HG
USA v. David Leng Akana

Judge Helen Gilmore:

I'm writing this letter in hopes that you will listen to me and send my uncle home where he belongs. His name is David Lang Akana and he has been in jail for a long time now. As a member of his family, I would like to see him released now. My name is Allyn Morita and I am the daughter of his sister Irene.

I have known my uncle my whole life and he was always a great source of knowledge for me. He is probably one of the best fishermen that I know. I think that he knows just about everything that there is to know about fishing, diving, catching crab or picking opihi. Our family has a beach house in Laie and whenever the family got together he was the one uncle that allowed the kids to help. There are times when the kids get in the way but he was the uncle that let us follow him when he was diving or when he was catching crab. He always had time to teach us about the ocean. I'm now 43 years old and I think I'm too old to tag along with him.

I have two sisters that live on the Big Island and he has been the only family there for them. They are extremely close to him and his children that live in Hilo. Whenever they need anything he was always the one they could count on.

The tradition of teaching is continuing with my son and my daughter. We live on Oahu. My son Elijah is 13 years old and my daughter Jesse is 11 years old. I have been sending my son to the Big Island since he was 6 or 7 years old to stay with my sister and for the last 4 years I have been sending my daughter too. They visit summers and Christmas every year. A lot of their time is spent with our uncle. He's still the same. He takes my kids camping, fishing; wherever he goes the kids go with him. They adore him. They're just like me. We love him and we miss him and we want him to come home. He has family that needs him.

I can say without a doubt that he is a good man. I trust him with my children. I trusted him all my life. I will continue to trust him when he comes home.

Thank you for taking the time to listen to me. I'm hoping that he will be able to return home soon. Our family misses him and we need him.

Sincerely,

Allyn Morita

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 15 2006

at 9 o'clock and 50 min. a M
SUE BEITIA, CLERK