ORIGINAL

RICHARDS & ZENGER
Attorneys at Law,
a Law Corporation
MARK R. ZENGER, #3511
P.O. Box 3966
Lihue, Hawaii 96766
Telephone: (808) 632-0723
Facsimile : (808) 632-0724

Attorney for Defendant
DAVID LANG AKANA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 8 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00197 HG (01) |
| Plaintiff, | ) **DEFENDANT DAVID LANG** |
| vs. | ) **AKANA'S NOTICE OF APPEAL;** |
| | ) **EXHIBIT "A"; CERTIFICATE** |
| DAVID LANG AKANA, aka (01) | ) **OF SERVICE** |
| "Kawika" and "Uncle", | ) |
| Defendant. | ) |

**DEFENDANT DAVID LANG AKANA'S NOTICE OF APPEAL**

Notice is hereby given pursuant to Rule 4(b) of the Federal Rules of

Appellate Procedure that Defendant **DAVID LANG AKANA**, by and through his

court-appointed attorney, Mark R. Zenger, Esq., hereby appeals to the United

States Court of Appeals for the Ninth Circuit from the Judgment in a Criminal

Case and Sentence entered herein by the Honorable Helen Gillmor on February 27, 2006, a true and correct copy of which is attached hereto and incorporated herein as Exhibit "A".

Dated: Lihue, Hawaii, March 6, 2006.

_____
MARK R. ZENGER
Attorney for Defendant
DAVID LANG AKANA

---

**DEFENDANT DAVID LANG AKANA'S NOTICE OF APPEAL; U.S. v. David Lang Akana, et. al, Cr. No. 04-00197 HG (01).**

---