RICHARDS & ZENGER
Attorneys at Law,
a Law Corporation
MARK R. ZENGER, #3511
P.O. Box 3966
Lihue, Hawaii 96766
Telephone: (808) 632-0723
Facsimile : (808) 632-0724

Attorney for Defendant
DAVID LANG AKANA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00197 HG (01) |
|---|---|
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| DAVID LANG AKANA, aka (01) "Kawika" and "Uncle", | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **"DEFENDANT DAVID LANG AKANA'S NOTICE OF APPEAL"** was served on the following persons via facsimile and/or hand delivery on the date shown below.

CHRIS THOMAS, ESQ.
LORETTASHEEHAN, ESQ.
Assistant United States Attorneys
District of Hawaii
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850

Facsimile No. (808) 541-2958

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: Lihue, Kauai, Hawaii, March 6, 2006.

                                        _____
                                        MARK R. ZENGER
                                        Attorney for Defendant
                                        DAVID LANG AKANA

---

**CERTIFICATE OF SERVICE;** <u>U.S. v. David Lang Akana, et. al</u>, Cr. No. 04-00197 HG (01).

---