# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

March 13, 2006

Chris Thomas
Assistant U.S. Attorney
Office of the U.S. Attorney
300 Ala Moana Blvd., Ste. 6100
Honolulu, HI

IN RE:    U.S.A v. DAVID LANG AKANA, aka Kawaika and Uncle
CR NO.    CR 04-00197HG-01

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 03/08/06.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk

By    Laila M. Geronimo
      Deputy

cc:    Clerk, 9th CCA w/copy of NA,
           docket sheet, dfnf
       Mark R. Zenger
           with copy of instructions for criminal appeals
           Transcript Desig. & Ordering Form
           with instructions and a copy of the
           docket sheet