UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

RECEIVED
CATHY A CATTERSON, CLERK
U.S. COURT OF APPEALS

MAR 16 2006

FILED _____
DOCKETED _____
         DATE    INITIAL

I.  SHORT CASE TITLE: U.S.A. vs. DAVID LANG AKANA, aka Kawaika and Uncle
    U.S. COURT OF APPEALS DOCKET NUMBER: **06-10152**
    U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII
    U.S. DISTRICT COURT DOCKET NUMBER: CR 04-00197HG-01

II  DATE NOTICE OF APPEAL FILED: 03/08/06

RECEIVED
CLERK U.S. DISTRICT COURT
MAR 20 2006
DISTRICT OF HAWAII

III  U.S. COURT OF APPEALS PAYMENT STATUS: CJA appointed
     DOCKET FEE PAID ON:              AMOUNT:
     NOT PAID YET:                    BILLED:
     U.S. GOVERNMENT APPEAL:          FEE WAIVED:
     WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?
     IF YES, SHOW DATE:
     WAS F.P. STATUS REVOKED:         DATE:
     WAS F.P. STATUS LIMITED IN SOME FASHION?
     IF YES, EXPLAIN:

IV  COMPANION CASES, IF ANY:

V.  COMPLETED IN THE U.S. DISTRICT COURT BY:
    Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)