MONTATT
i

INTERNAL USE ONLY: Proceedings include all events.
06-10152 USA v. Akana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>     Plaintiff - Appellee | Chris A. Thomas<br>FAX 808/541-2808<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>Loretta A. Sheehan, Esq.<br>FAX 808/541-2958<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S.<br>ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| DAVID LANG AKANA, aka:<br>"Kawika" and "Uncle"<br>     Defendant - Appellant | Mark R. Zenger, Esq.<br>808/632-0723<br>[COR LD NTC cja]<br>RICHARDS & ZENGER<br>P.O. Box 3966<br>Lihue, HI 96766 |