IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 10 2007

at __ o'clock and 39 min. AM
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 04-00197HG-00 |
| Plaintiff, | ) | |
| vs. | ) | RECEIPT FOR EXHIBITS |
| DAVID LANG AKANA, aka: "Kawika" and "Uncle", | ) | |
| Defendant. | ) | |

I, Chris A. Thomas, Assistant U.S. Attorney, acknowledge receipt of all of the Government's exhibits admitted in evidence at trial and hearing on Motion to Suppress Evidence.

DATED: Honolulu, Hawaii, 1/10/07

SIGNED: _____

FOR:    Chris A. Thomas